Makin' Choices, Rachelle Brooks Blue, and Lamont C. Adams

**SCHEDULE "A"**

| EMPLOYEE | PERIOD FROM    TO | BACK WAGES | LD AGREED | TOTAL |
|---|---|---|---|---|
| Gist, Chrishell | 08/03/14-11/16/14 | $3,307.65 | $3,307.65 | $6,612.30 |
| Mastin, Kanita | 07/27/14-09/14/14 | $3,143.68 | $3,143.68 | $6,287.36 |
| McGhee, Mary S | 10/15/14-09/20/15 | $7,898.12 | $7,898.12 | $15,796.24 |
| Reid, Katrina | 10/05/14-01/25/15 | $2,603.38 | $2,603.38 | $5,206.76 |
| | **TOTAL** | **$16,952.83** | **$16,952.83** | **$33,905.66** |