U.S. DEPARTMENT OF LABOR

Installment Amortization Schedule
Installment Agreement Date: 05/24/2017

Case No: 1742899

Employer: Makin Choices, Inc.

| | | | |
|---|---|---|---|
| Beginning Payment Date: | 30 days from the Entry of Judgment | Ending Payment Date: | 01/10/2018 |
| | | Current Interest Rate: | 1.0 % |
| Total BW Amount: | $33,905.65 | Number Of Payments: | 6 |
| Initial Payment: | $20,000.00 | Pay Period: | Monthly |

| Date Due | EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|---|
| Date Due | 30 days from Entry of Judgment | | | |
| | Kanita Mastin | $6,287.36 | $0.00 | $6,287.36 |
| | Chrisnell Gist | $6,615.30 | $0.00 | $6,615.30 |
| | Mary McGee | $7,097.34 | $0.00 | $7,097.34 |
| Date Due | 08/10/2017 | | | |
| | Mary McGee | $2,317.61 | $7.24 | $2,324.85 |
| Date Due | 9/10/2017 | | | |
| | Mary McGee | $2,317.61 | $5.32 | $2,322.93 |
| Date Due | 10/10/2017 | | | |
| | Mary McGee | $2,317.61 | $3.38 | $2,321.00 |
| Date Due | 11/10/2017 | | | |
| | Mary McGee | $1,746.07 | $14.11 | $1,760.18 |
| | Katrina Reid | $571.53 | $4.72 | $576.25 |
| Date Due | 12/10/2017 | | | |
| | Katrina Reid | $2,317.61 | $3.86 | $2,321.47 |
| Date Due | 01/10/2018 | | | |
| | Katrina Reid | $2,317.61 | $1.94 | $2,319.55 |
| | | $13,905.65 | $40.56 | $13,946.23 |